UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PANHANDLE EASTERN PIPELINE COMPANY, LP, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 23-cv-3135-CRL-KLM ) |
| ALLEN R. SMITH, et al., | ) ) ) |
| Defendants. | ) |

**SECOND MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

COME NOW Defendants Allen R. Smith, as Trustee of the Allen R. Smith Revocable Trust, Dated April 2, 2014, Pamela Sue Smith, Lindsey N. Weinholtz, and Ian H. Weinholtz (collectively, "Defendants"), by and through counsel, and for their Second Motion for Extension of Time to File Responsive Pleading state as follows:

1. Certain Defendants were served with process such that their responsive pleadings were originally due on May 8, 2023.

2. This Court previously granted Defendants request for an extension through June 5, 2023 to file their responsive pleadings and now Defendants request an additional twenty-one (21) days.

3. Defendants and Plaintiff have been discussing settlement options and Defendants desire additional time to explore settlement options prior to filing a responsive pleading.

4. Opposing counsel has no objection to this Motion.

WHEREFORE, for the reasons set forth herein, Defendants respectfully request an extension of time for filing their responsive pleading up and through June 26, 2023 and for such other and further relief as this Court deems just and proper under the circumstances.

    Respectfully submitted,

    BRINER LAW GROUP, LLC

    */s/ Jennifer A. Briner*
    Jennifer A. Briner, #6271848
    424 S. Woods Mill Road, Suite 330
    Chesterfield, Missouri 63017
    Telephone: (314) 478-7227
    Facsimile: (314) 328-5612
    jenny.briner@brinerlaw.com
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notifications of such filing to the following:

Ryan J. Vershay and Michael Schag, Attorneys for Plaintiff


    */s/ Jennifer A. Briner*